IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

  v.

VINAYAK S GOWRISH,

        Defendant.

_____/

No. C 09-05883 SI

**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

RESERVED FOR MOTION TO COMPEL: May 7, 2010, at 9:00 a.m.

FURTHER CASE MANAGEMENT: June 18, 2010 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is September 24, 2010.

DESIGNATION OF EXPERTS: 7/15/10; REBUTTAL: 8/13/10.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is September 24, 2010.

DISPOSITIVE MOTIONS **SHALL** be filed by October 1, 2010;

    Opp. Due October 15, 2010;  Reply Due October 22, 2010;

    and set for hearing no later than November 5, 2010 at 9:00 AM.

PRETRIAL CONFERENCE DATE: January 11, 2011 at 3:30 PM.

JURY TRIAL DATE: January 24, 2011  at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 8 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
ADR process is deferred until the next case management conference.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: _____

                    _____
                    SUSAN ILLSTON
                    United States District Judge

**United States District Court**
For the Northern District of California