MORGAN, LEWIS & BOCKIUS LLP
JOHN H. HEMANN, State Bar No. 165823
STEPHANIE L. JOHNSON, State Bar No. 246073
JASON B. ALLEN, State Bar No. 251759
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: jhemann@morganlewis.com
  stephanie.johnson@morganlewis.com
  jason.allen@morganlewis.com

Attorneys for Defendant
VINAYAK S. GOWRISH

THOMAS E. STEVENS, State Bar No. 168362
11th Floor, Federal Building
450 Golden Gate Ave., Box 36055
San Francisco, CA 94102
Tel: 415.436.6559
Fax: 415.436.7234
E-mail: thomas.stevens@usdoj.gov

Attorney for Third Parties
FEDERAL BUREAU OF INVESTIGATION

U.S. ATTORNEY'S OFFICE FOR THE
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　vs.<br><br>VINAYAK S. GOWRISH,<br><br>　　　　　　　　　Defendant. | Case No. CV 09-5883 (SI)<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE OF VINAYAK S. GOWRISH'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY THE FEDERAL BUREAU OF INVESTIGATION AND THE U.S. ATTORNEY'S OFFICE FOR THE NORTHERN DISTRICT OF CALIFORNIA**<br><br>Date:　　　　May 7, 2010<br>Time:　　　　9:00 a.m.<br>Courtroom:　10, 19th Floor<br>Judge:　　　Hon. Susan Illston |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21662920.1                                                                                      (CV 09-5883 SI)
STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE

1     WHEREAS, on December 16, 2009, the Securities and Exchange Commission ("SEC")
2 filed this action against Defendant Vinayak S. Gowrish ("Mr. Gowrish");
3     WHEREAS, on February 22, 2010, pursuant to the *Touhy* (*United States ex rel. Touhy v.*
4 *Ragen*, 340 U.S. 462 (1951); 28 C.F.R. § 16.21, *et seq.*) procedures, counsel for Mr. Gowrish sent
5 a letter to Assistant U.S. Attorney Thomas E. Stevens stating the intent to serve subpoenas for the
6 production of documents on third parties the Federal Bureau of Investigation ("FBI") and the U.S.
7 Attorney's Office for the Northern District of California ("USAO");
8     WHEREAS, on March 4, 2010, Mr. Gowrish served separate subpoenas for the
9 production of documents on the FBI and the USAO;
10     WHEREAS, on March 25, 2010, Mr. Stevens sent counsel for Mr. Gowrish a letter on
11 behalf of the FBI and the USAO objecting to the two subpoenas and respectfully declining to
12 produce any responsive documents;
13     WHEREAS, on March 26, 2010, at the first Case Management Conference, counsel for
14 Mr. Gowrish selected a hearing date of May 7, 2010, for Mr. Gowrish's motion to compel
15 production of documents by the FBI and USAO ("motion to compel");
16     WHEREAS, on March 26, 2010, at the first Case Management Conference, the Court
17 advised that Mr. Gowrish's motion to compel could be subject to a compressed briefing schedule
18 pursuant to stipulation;
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

DB2/21662920.1

2

STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE

NOW THEREFORE, FOR GOOD CAUSE SHOWN, MR. GOWRISH, THE FBI, AND THE USAO HEREBY STIPULATE and AGREE and respectfully request that the Court modify the filing deadlines associated with Mr. Gowrish's motion to compel as follows:

<u>Motion</u>: April 9, 2010

<u>Opposition</u>: April 20, 2010

<u>Reply</u>: April 23, 2010

**IT IS SO STIPULATED.**

Dated: April 9, 2010                                    MORGAN, LEWIS & BOCKIUS LLP

By        /s/ John H. Hemann
           JOHN H. HEMANN

Attorneys for Defendant
VINAYAK S. GOWRISH

Dated: April 9, 2010

By        /s/ Thomas E. Stevens
           THOMAS E. STEVENS

Attorney for Third Parties
FEDERAL BUREAU OF INVESTIGATION

U.S. ATTORNEY'S OFFICE FOR THE
NORTHERN DISTRICT OF CALIFORNIA

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2010       _____
                                          THE HONORABLE SUSAN ILLSTON
                                          UNITED STATES DISTRICT COURT JUDGE