MORGAN, LEWIS & BOCKIUS LLP
JOHN H. HEMANN, State Bar No. 165823
STEPHANIE L. JOHNSON, State Bar No. 246073
JASON B. ALLEN, State Bar No. 251759
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: jhemann@morganlewis.com
    stephanie.johnson@morganlewis.com
    jason.allen@morganlewis.com

Attorneys for Defendant
VINAYAK S. GOWRISH

THOMAS E. STEVENS, State Bar No. 168362
11th Floor, Federal Building
450 Golden Gate Ave., Box 36055
San Francisco, CA 94102
Tel: 415.436.6559
Fax: 415.436.7234
E-mail: thomas.stevens@usdoj.gov

Attorney for Third Parties
FEDERAL BUREAU OF INVESTIGATION

U.S. ATTORNEY'S OFFICE FOR THE
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> VINAYAK S. GOWRISH, <br><br> Defendant. | Case No. CV 09-5883 (SI) <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING AND MODIFYING BRIEFING SCHEDULE ON MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY THE FEDERAL BUREAU OF INVESTIGATION AND THE U.S. ATTORNEY'S OFFICE FOR THE NORTHERN DISTRICT OF CALIFORNIA** <br><br> Date: May 14, 2010 <br> Time: 9:00 a.m. <br> Courtroom: 10, 19th Floor <br> Judge: Hon. Susan Illston |

DB2/21687882.1                                                                          (CV 09-5883 SI)

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING AND MODIFYING BRIEFING SCHEDULE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    WHEREAS, on March 26, 2010, at the first Case Management Conference in this action,
2  the Court advised that Mr. Gowrish's motion to compel production of documents (the "motion to
3  compel") by third parties the Federal Bureau of Investigation ("FBI") and U.S. Attorney's Office
4  for the Northern District of California ("USAO") could be subject to a modified briefing schedule
5  pursuant to stipulation;
6    WHEREAS, on April 9, 2010, Mr. Gowrish filed his motion to compel, originally noticed
7  for hearing on May 7, 2010, along with a stipulation and proposed order modifying the briefing
8  schedule;
9    WHEREAS, on April 12, 2010, the Court entered the order modifying the briefing
10  schedule on the motion to compel as stipulated;
11    WHEREAS, on April 20, 2010, pursuant to the order modifying the briefing schedule, the
12  FBI and USAO filed their brief in opposition to the motion to compel;
13    WHEREAS, on April 20, 2010, the FBI and USAO additionally filed an administrative
14  motion to submit a supplemental memorandum and declarations *in camera* and under seal (the
15  "administrative motion");
16    WHEREAS, counsel for Mr. Gowrish recently suffered a physical injury that has forced
17  him to be out of the office during the week of April 19 to April 23, 2010;
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

DB2/21687882.1                                1                              (CV 09-5883 SI)
STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING AND MODIFYING BRIEFING SCHEDULE

NOW THEREFORE, FOR GOOD CAUSE SHOWN, MR. GOWRISH, THE FBI, AND THE USAO HEREBY STIPULATE and AGREE as follows:

- The hearing on Mr. Gowrish's motion to compel is continued until May 14, 2010, at 9:00 a.m.
- Mr. Gowrish's reply brief in support of his motion to compel must be filed no later than April 30, 2010.
- Mr. Gowrish's brief in opposition to the administrative motion of the FBI and USAO must be filed no later than April 30, 2010.

**IT IS SO STIPULATED.**

Dated: April 23, 2010

MORGAN, LEWIS & BOCKIUS LLP

By  /s/ John H. Hemann
    JOHN H. HEMANN

Attorneys for Defendant
VINAYAK S. GOWRISH

Dated: April 23, 2010

By  /s/ Thomas E. Stevens
    THOMAS E. STEVENS

Attorney for Third Parties
FEDERAL BUREAU OF INVESTIGATION

U.S. ATTORNEY'S OFFICE FOR THE
NORTHERN DISTRICT OF CALIFORNIA

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 4/27/10 , 2010

THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, JASON B. ALLEN, am the ECF User whose ID and password are being used to file this **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING AND MODIFYING BRIEFING SCHEDULE ON MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY THE FEDERAL BUREAU OF INVESTIGATION AND THE U.S. ATTORNEY'S OFFICE FOR THE NORTHERN DISTRICT OF CALIFORNIA**.  In compliance with General Order 45, X.B., I hereby attest that the signatories above have concurred in this efiling.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Executed on this **23rd** day of **April, 2010** at San Francisco, California.

MORGAN, LEWIS & BOCKIUS, LLP

_____/s/ Jason B. Allen_____
Jason B. Allen

**PROOF OF SERVICE**

*Securities and Exchange Commission v. Gowrish, et al*; USND CV 09-5883 (SI)
(We represent Defendant Gowrish)

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is One Market, Spear Street Tower, San Francisco, California 94105-1126.

On **April 23, 2010**, I served the within document(s) to the addressees listed below as listed on the United States District Court's ECF Notification "**Manual Notice List**."

**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING AND MODIFYING BRIEFING SCHEDULE ON MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY THE FEDERAL BUREAU OF INVESTIGATION AND THE U.S. ATTORNEY'S OFFICE FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| Addressee | Represent | Service |
|---|---|---|
| **Robert B. Kaplan**<br>Securities and Exchange Commission<br>100 F Street, NE<br>Washington, DC 20549 | Plaintiff, *SEC* | **U.S. Mail** |

| [x] | by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the **United States mail** at San Francisco, California addressed as set forth below. |
|---|---|

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **April 23, 2010**, at San Francisco, California.

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

/s/ Linda Buda
_____
Linda Buda

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21687882.1 (CV 09-5883 SI)

PROOF OF SERVICE