| | |
|---|---|
| JAMES A. KIDNEY<br>kidneyj@sec.gov<br>ANTHONY S. KELLY<br>Attorneys for Plaintiff<br>SECURITIES AND EXCHANGE COMMISSION<br>100 F Street, NE<br>Washington, DC 20549<br>Telephone:  (202) 551-4441 (Kidney)<br>Facsimile:  (202) 772-9246 (Kidney) | John H. Hemann<br>jhemann@morganlewis.com<br>Attorney for Defendant Vinayak S. Gowrish<br>Morgan Lewis & Bockius LLP<br>One Market<br>Spear Street. Tower<br>San Francisco, CA 94105-1126<br>Telephone: 415-442-1355 (Direct)<br>           415-442-1000 (Main)<br>Facsimile:  415-442-1001 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>GOWRISH<br><br>　　　　　Defendant. | Case No. CV 09-5883 (SI)<br><br>**PROPOSED ORDER RESCHEDULING STATUS CONFERENCE AND DATES FOR SUMMARY JUDGMENT MOTIONS** |

The parties to this litigation, having stipulated through counsel to scheduling changes in pre-trial proceedings, and the Court having no objection, IT IS HEREBY ORDERED THAT:

　　1.　A status conference presently scheduled to be held on Friday, June 18, 2010, shall be continued to Friday, August 27, 2010.

　　2.　Summary judgment or other dispositive motions, if any, presently scheduled to be submitted on October 1, 2010, shall instead be submitted by October 15, 2010.  Opposition memoranda shall be filed by October 29, 2010.  Reply memoranda shall be filed by November 5. Argument on the motions, should the Court require one, will be on ~~November 19~~ December 20, 2010.

SCHEDULING ORDER
(CV 09-5883 SI)

1  All other previously scheduled dates, including conclusion of all discovery on September 24,
2  2010 and a pre-trial conference on January 24, 2011, are unchanged.

Date:_____

_____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE