JAMES A. KIDNEY
JULIE M. RIEWE
ANTHONY S. KELLY
100 F Street NE
Washington, DC 20549
Tel:  202.551.4441
Fax:  202.772.9246
E-mail:
kidneyj@sec.gov
riewej@sec.gov
kellya@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

MORGAN, LEWIS & BOCKIUS LLP
JOHN H. HEMANN, SBN 165823
STEPHANIE L. JOHNSON, SBN 246073
JASON B. ALLEN, SBN 251759
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001
E-mail:
jhemann@morganlewis.com
stephanie.johnson@morganlewis.com
jason.allen@morganlewis.com

Attorneys for Defendant
VINAYAK S. GOWRISH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>          vs.<br><br>VINAYAK S. GOWRISH,<br><br>                    Defendant. | Case No. CV 09-5883 (SI)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER DE-DESIGNATING CONFIDENTIALITY OF DEPOSITION TESTIMONY** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21897530.2                                                                                                                    (CV 09-5883 SI)

JOINT STIPULATION AND [PROPOSED] ORDER DE-DESIGNATING CONFIDENTIALITY OF DEPOSITION TESTIMONY

1    WHEREAS, on August 25, 2010, Pascal S. Vaghar ("Mr. Vaghar") was deposed in this
2 action.

3    WHEREAS, during Mr. Vaghar's deposition, counsel agreed to designate a select portion
4 of the testimony and Exhibit 17 as confidential.

5    WHEREAS, counsel failed to indicate the conclusion of the confidential portion of the
6 testimony.

7    WHEREAS, the testimony at 192:15-328:22 of the deposition transcript was mistakenly
8 designated as confidential.

9    WHEREAS, only the testimony at 183:1-192:14 of the deposition transcript and Exhibit
10 17 should have been designated as confidential.

11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

DB2/21897530.2                                    1                                    (CV 09-5883 SI)
JOINT STIPULATION AND [PROPOSED] ORDER DE-DESIGNATING CONFIDENTIALITY OF DEPOSITION TESTIMONY

NOW THEREFORE, FOR GOOD CAUSE SHOWN, THE SEC AND MR. GOWRISH HEREBY STIPULATE and AGREE as follows:

- The testimony at 192:15-328:22 of the deposition transcript is de-designated and no longer is confidential.
- Only the testimony at 183:1-192:14 of the deposition transcript and Exhibit 17 remain designated as confidential.

**IT IS SO STIPULATED.**

Dated:  September 23, 2010                SECURITIES & EXCHANGE COMMISSION

By          /s/ James A. Kidney
            JAMES A. KIDNEY

Attorneys for Plaintiff
SECURITIES & EXCHANGE COMMISSION

Dated:  September 23, 2010                MORGAN, LEWIS & BOCKIUS LLP

By          /s/ John H. Hemann
            JOHN H. HEMANN

Attorneys for Defendant
VINAYAK S. GOWRISH

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2010       _____
                                         THE HONORABLE SUSAN ILLSTON
                                         UNITED STATES DISTRICT COURT JUDGE

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

DB2/21897530.2                            2                            (CV 09-5883 SI)
JOINT STIPULATION AND [PROPOSED] ORDER DE-DESIGNATING CONFIDENTIALITY OF DEPOSITION TESTIMONY

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, JASON B. ALLEN, am the ECF User whose ID and password are being used to file this **JOINT STIPULATION AND [PROPOSED] ORDER DE-DESIGNATING CONFIDENTIALITY OF DEPOSITION TESTIMONY**. In compliance with General Order 45, X.B., I hereby attest that the signatories above have concurred in this efiling.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Executed on this **23rd** day of **September, 2010** at San Francisco, California.

MORGAN, LEWIS & BOCKIUS, LLP

　　　　　/s/ Jason B. Allen　　　　　
　　　　　　Jason B. Allen

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

DB2/21897530.2　　　3　　　(CV 09-5883 SI)
JOINT STIPULATION AND [PROPOSED] ORDER DE-DESIGNATING CONFIDENTIALITY OF DEPOSITION TESTIMONY

# PROOF OF SERVICE

*Securities and Exchange Commission v. Gowrish, et al*; USND CV 09-5883 (SI)
(We represent Defendant Gowrish)

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is One Market, Spear Street Tower, San Francisco, California 94105-1126.

On **September 23, 2010**, I served the within document(s) to the addressees listed below as listed on the United States District Court's ECF Notification "**Manual Notice List**."

**JOINT STIPULATION AND [PROPOSED] ORDER DE-DESIGNATING CONFIDENTIALITY OF DEPOSITION TESTIMONY**

| Addressee | Represent | Service |
|---|---|---|
| **Robert B. Kaplan**<br>Securities and Exchange Commission<br>100 F Street, NE<br>Washington, DC 20549 | Plaintiff, *SEC* | **U.S. Mail** |
| **Margaret Corrigan**<br>Circuit Mediation Office<br>U.S. Court of Appeals, Ninth Circuit<br>95 Seventh St.<br>P.O. Box 193939<br>San Francisco, CA 94119 | Mediator | **U.S. Mail** |

| ☒ | by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the **United States mail** at San Francisco, California addressed as set forth below. |
|---|---|

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **September 23, 2010**, at San Francisco, California.

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

/s/ Linda Buda
———————————————
Linda Buda

DB2/21897530.2 (CV 09-5883 SI)