MORGAN, LEWIS & BOCKIUS LLP
JOHN H. HEMANN, State Bar No. 165823
STEPHANIE L. JOHNSON, State Bar No. 246073
JASON B. ALLEN, State Bar No. 251759
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001
E-mail:
jhemann@morganlewis.com
stephanie.johnson@morganlewis.com
jason.allen@morganlewis.com

Attorneys for Defendant
VINAYAK S. GOWRISH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>          vs.<br><br>VINAYAK S. GOWRISH,<br><br>                    Defendant. | Case No. CV 09-5883 (SI)<br><br>**[PROPOSED] ORDER COMPELLING SAMEER N. KHOURY TO APPEAR FOR DEPOSITION** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21924389.1

(CV 09-5883 SI)

[PROPOSED] ORDER COMPELLING SAMEER N. KHOURY TO APPEAR FOR DEPOSITION

WHEREAS, the U.S. Securities & Exchange Commission ("SEC" or "Commission") named Sameer N. Khoury ("Mr. Khoury") as a defendant in this action.

WHEREAS, Mr. Khoury settled with the SEC as reflected in the Consent and Final Judgment as to Mr. Khoury filed on December 16, 2009.

WHEREAS, defendant Vinayak S. Gowrish ("Mr. Gowrish") has engaged in significant efforts to secure Mr. Khoury's attendance at a deposition.

WHEREAS, counsel for Mr. Gowrish made numerous telephone calls to Mr. Khoury to schedule his deposition.

WHEREAS, on July 23, 2010, Mr. Gowrish served a deposition notice on Mr. Khoury via U.S. Mail.

WHEREAS, on August 10, 2010, Mr. Khoury hung up the telephone on Mr. Gowrish's counsel after Mr. Khoury stated that he has no intention of attending a deposition.

WHEREAS, on at least four separate occasions across August and September 2010, process servers engaged by Mr. Gowrish attempted to serve a subpoena for deposition testimony on Mr. Khoury at his most recent address.

WHEREAS, Mr. Gowrish's counsel is informed and has reason to believe that Mr. Khoury was home but did not answer the door when a process server with a deposition subpoena rang the doorbell at Mr. Khoury's most recent address on September 14, 2010.

WHEREAS, Mr. Gowrish has not been able to issue a deposition subpoena to Mr. Khoury.

WHEREAS, at the August 27, 2010, case management conference, the Court recommended that Mr. Gowrish should submit a proposed order for the Court to issue compelling Mr. Khoury's deposition, and the SEC did not oppose such a procedure.

///
///
///
///
///

1  **NOW THEREFORE, FOR GOOD CAUSE SHOWN, THIS COURT ORDERS**
2  **THAT** Sameer N. Khoury must appear for a deposition on October 19, 2010, at 9:30 a.m., at the
3  offices of Morgan, Lewis & Bockius LLP, One Market, Spear Street Tower, San Francisco, CA
4  94105.  In accordance with Rule 30(d)(1) of the Federal Rules of Civil Procedure, counsel is
5  permitted to depose Mr. Khoury for up to seven hours.
6  **IT IS SO ORDERED.**

Dated: _____, 2010    _____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

# PROOF OF SERVICE

Securities and Exchange Commission v. Gowrish, et al; USND CV 09-5883 (SI)
(We represent Defendant Gowrish)

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is One Market, Spear Street Tower, San Francisco, California 94105-1126.

On **September 29, 2010**, I served the within document(s) to the addressees listed below as listed on the United States District Court's ECF Notification "**Manual Notice List**."

**[PROPOSED] ORDER COMPELLING SAMEER N. KHOURY TO APPEAR FOR DEPOSITION**

**9/29/10 COVER LETTER TO HON. SUSAN Y. ILLSTON FROM JASON B. ALLEN RE: [PROPOSED] ORDER COMPELLING SAMEER N. KHOURY TO APPEAR FOR DEPOSITION**

| Addressee | Represent | Service |
|---|---|---|
| **Robert B. Kaplan**<br>Securities and Exchange Commission<br>100 F Street, NE<br>Washington, DC 20549 | Plaintiff, SEC | U.S. Mail |
| **Margaret Corrigan**<br>Circuit Mediation Office<br>U.S. Court of Appeals, Ninth Circuit<br>95 Seventh St.<br>P.O. Box 193939<br>San Francisco, CA 94119<br>email: Margaret_Corrigan@ca9.uscourts.gov | Mediator | U.S. Main |

[x]  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the **United States mail** at San Francisco, California addressed as set forth below.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **September 29, 2010**, at San Francisco, California.

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

/s/ Linda Buda
Linda Buda

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21924389.1

(CV 09-5883 SI)

PROOF OF SERVICE