1
2
3
4
5
6
7          UNITED STATES  DISTRICT COURT
8            Northern District of California
9              San Francisco Division
10
11

SECURITIES AND EXCHANGE
COMMISSION,                              No. C 09-5883 SI
              Plaintiff,

                                         **ORDER GRANTING REQUEST FOR**
      v.                                 **PLAINTIFF'S DESIGNATED**
                                         **REPRESENTATIVE TO ATTEND**
VINAYAK GORWISH,                         **THE MEDIATION**
              Defendant.                 **TELEPHONICALLY**
_____/

                                         Date:        October 20, 2010
                                         Mediator:    Margaret Corrigan

       IT IS HEREBY ORDERED that the request for plaintiff's designated representative, Julie

Riewe, to be excused from personally attending the October 20, 2010 mediation session before

Margaret Corrigan is GRANTED.  Ms. Riewe shall be available at all times to participate by

telephone in accordance with ADR L.R. 6-10(f).

       IT IS SO ORDERED.


October 18, 2010              By:        _____

Dated                                    Elizabeth D. Laporte
                                         United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
For the Northern District of California