| | |
|---|---|
| 1 | JAMES A. KIDNEY |
| | JULIE M. RIEWE |
| 2 | ANTHONY S. KELLY |
| | 100 F Street NE |
| 3 | Washington, DC 20549 |
| | Tel: 202.551.4441 |
| 4 | Fax: 202.772.9246 |
| | E-mail: |
| 5 | kidneyj@sec.gov |
| | riewej@sec.gov |
| 6 | kellya@sec.gov |

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

MORGAN, LEWIS & BOCKIUS LLP
JOHN H. HEMANN, State Bar No. 165823
STEPHANIE L. JOHNSON, State Bar No. 246073
JASON B. ALLEN, State Bar No. 251759
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: jhemann@morganlewis.com
          stephanie.johnson@morganlewis.com
          jason.allen@morganlewis.com

Attorneys for Defendant
VINAYAK S. GOWRISH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. CV 09-5883 (SI) |
| Plaintiff, | **[PROPOSED] ORDER AND WRIT OF** ***HABEAS CORPUS AD TESTIFICANDUM*** |
| vs. | Courtroom: 10, 19th Floor |
| | Judge: Hon. Susan Illston |
| VINAYAK S. GOWRISH, | Trial: January 24, 2011 |
| | Time: 8:30 a.m. |
| Defendant. | |

ADNAN S. ZAMAN, Inmate Register No. 14463-111, a necessary and material witness in this case, is confined at USP Atwater in the custody of the Superintendent. In order to secure

this inmate's attendance at the trial scheduled for January 24, 2011, at the United States District Court for the Northern District of California, it is necessary that a Writ of *Habeas Corpus ad Testificandum* issue commanding the custodian of ADNAN S. ZAMAN, Inmate Register No. 14463-111, to produce said inmate at the United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, California, Floor 19, Courtroom 10, at 8:30 a.m. on January 24, 2011, the Honorable Susan Illston presiding.

**ACCORDINGLY, IT IS ORDERED** that:

1. A Writ of *Habeas Corpus ad Testificandum* issue, under the seal of this court, commanding the Superintendent of USP Atwater Federal Penitentiary and the Federal Bureau of Prisons to produce inmate ADNAN S. ZAMAN, Inmate Register No. 14463-111, for trial at the United States District Court, at the time and place above, until completion of the proceedings or as ordered by the Court, and thereafter to return the inmate to USP Atwater Federal Penitentiary.

2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**TO: SUPERINTENDENT OF USP ATWATER FEDERAL PENITENTIARY**

**YOU ARE HEREBY COMMANDED** to bring the body of Adnan S. Zaman before the Honorable Susan Illston, United States District Court Judge for the Northern District of California, at the United States District Court located at 450 Golden Gate Avenue, San Francisco, California, Floor 19, Courtroom 10, at 8:30 a.m. on January 24, 2011, and for each day thereafter until completion of proceedings or as ordered by the Court, and thereafter to return the inmate to USP Atwater Federal Penitentiary.

**FURTHER**, you have been ordered to notify the Court of any change in custody of this inmate and to provide the new custodian with a copy of this writ.

**IT IS SO ORDERED.**

Dated: 12/8, 2010  _____
THE HONORABLE SUSAN ILLSTON
U.S. DISTRICT COURT JUDGE