# TAB A

# PLAINTIFF'S EXHIBIT LIST AND DEFENDANT'S OBJECTIONS

```
1  JAMES A. KIDNEY
     kidneyj@sec.gov
2  ANTHONY S. KELLY
   Attorneys for Plaintiff
3  SECURITIES AND EXCHANGE
   COMMISSION
4  100 F Street, NE
   Washington, DC 20549
5  Telephone:  (202) 551-4441 (Kidney)
   Facsimile:  (202) 772-9246 (Kidney)
6
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    vs.<br><br>GOWRISH<br><br>    Defendant. | Case No. CV 09-5883 (SI)<br><br>**PLAINTIFF'S EXHIBIT LIST** |

The parties stipulate to the authenticity of those records below that are marked with an asterisk (*). The parties also have stipulated that these records constitute records of regularly conducted business as defined in Rule 803(6) of the Federal Rules of Evidence. Historical stock prices are stipulated to as hearsay exceptions as defined under Rule 803(17) and bear a double asterisk (**). Newspaper articles are stipulated to for the limited purpose of establishing the dates of announcements of corporate acquisitions and bear a triple asterisk (***).

Summary and demonstrative exhibits relying on individual or groups of pages from some or all of these records will be exchanged between the parties and added to the exhibit list on January 14, 2011.

The parties reserve the right to amend their exhibit lists up to and including January 14, 2011 and thereafter for good cause. Additional impeachment and rebuttal exhibits may be added as they are used at trial.

Both parties reserve the right to raise objections on the basis of relevance under Rule 401 *et. seq.*, of the Federal Rules of Evidence, where not already indicated below.

| NUMBER | DESCRIPTION | SPONSOR | STIPULATED | OBJECTION | OFFERED | ADMITTED |
|---|---|---|---|---|---|---|
| PX1000 | Pascal Vaghar Proffer Agreements, Vaghar Ex. 16 | Vaghar | X | | | |
| PX1001* | Pascal Vaghar Trading Records (Acct. 2146-5521: 12/06, 2/07, and 5/07; Acct. 5225-8412: 12/06 and 5/07) | Vaghar | X | | | |
| PX1002* | Pascal Vaghar Navy Federal Credit Union Credit Card Statements (statements for closing dates 4/26/07 and 5/28/07) | Vaghar | X | | | |
| PX1003 | 4/19/2007 Email from Pascal Vaghar to Adnan Zaman re Japan (Bates LAZ_SEC00067233) | Vaghar | | Hearsay | | |
| PX1004* | Pascal Vaghar SchwabOne Check #139, dated 3/15/07, Vaghar Ex. 21 | Vaghar | | Hearsay | | |
| PX1005* | Pascal Vaghar SchwabOne Check #161, dated 4/16/07, Vaghar Ex. 29 | Vaghar | | Hearsay | | |
| PX1006* | Pascal Vaghar SchwabOne Check #165, dated 6/12/2007 | Vaghar | | Hearsay | | |
| PX1007 | Pascal Vaghar Check Register, Vaghar Ex. 22 | Vaghar | | Hearsay<br>Best Evidence | | |
| PX1008* | Pascal Vaghar SchwabOne Check #130, dated 1/1/07 | Vaghar | | Hearsay | | |
| PX1009* | Pascal Vaghar SchwabOne Check #140, dated 4/10/07, Vaghar Ex. 30 | Vaghar | | Hearsay | | |
| PX1010* | Pascal Vaghar SchwabOne Check #179, dated 9/18/07 | Vaghar | | Hearsay | | |
| PX1011* | Pascal Vaghar SchwabOne Check #123, dated 11/3/06, Vaghar Ex. 23 | Vaghar | | Hearsay | | |
| PX1012* | Pascal Vaghar SchwabOne Check #128, dated 12/1/06, Vaghar Ex. | Vaghar | | Hearsay | | |

| | Exhibit | Description | Witness | | Objection | | |
|---|---|---|---|---|---|---|---|
| | | 25 | | | | | |
| | PX1013* | Pascal Vaghar SchwabOne Check #129, dated 12/21/06, Vaghar Ex. 26 | Vaghar | | Hearsay | | |
| | PX1014* | Pascal Vaghar SchwabOne Check #133, dated 2/5/07, Vaghar Ex. 27 | Vaghar | | Hearsay | | |
| | PX1015* | Pascal Vaghar SchwabOne Check #170, dated 7/23/07, Vaghar Ex. 33 | Vaghar | | Hearsay | | |
| | PX1016* | Bank of America documents referencing deposit and withdrawal of Pascal Vaghar SchwabOne Check #170 (Sequence Numbers: 860450069, 860450068, 1460561915, and Pascal Vaghar Bank of America Savings Statement June 29 through September 30, 2007) | Vaghar | | Hearsay | | |
| | PX1017 | Pascal Vaghar Deferred Prosecution Agreement, Vaghar Ex. 17 | Vaghar | X | | | |
| | PX1018 | Adnan Zaman Plea Agreement | Zaman | X | | | |
| | PX1019 | 12/4/2006 Email between Vinayak Gowrish and Adnan Zaman, Bates LAZ_SEC00046875 | Zaman | X | | | |
| | PX1020* | Adnan Zaman Phone Records (11/13/06-12/12/06), Zaman Ex. 9 | Zaman | X | | | |
| | PX1021 | 2/23/2007 and 2/24/2007 Emails re Saturday Night in Sonoma (Bates TPG_Capital0004981) | Zaman | X | | | |
| | PX1022 | April 16, 2007 Email Chain between Vinayak Gowrish, Adnan Zaman, and others, Gowrish Ex. 3 | Zaman | X | | | |
| | PX1023 | April 18, 2007 Email Chain between Vinayak Gowrish and Adnan Zaman, Gowrish Ex. 4 | Zaman | X | | | |
| | PX1024* | Adnan Zaman Phone Records (4/13/07-5/12/07), Zaman Ex. 10 | Zaman | X | | | |
| | PX1025 | July 15-16, 2007 Email Chain between Vinayak Gowrish and Adnan Zaman, Gowrish Ex. 5 | Zaman | X | | | |
| | PX1026 | 1/31/2007 Email chain between Adnan Zaman and Vinayak Gowrish re attached resume of Vinayak Gowrish (LAZ_SEC00053196-53197) | Zaman | | Relevance | | |
| | PX1027* | TPG Confidentiality Agreement and TPG Nondisclosure and Proprietary Information Agreement (TPG_Capital_0000070-74) | Gowrish | X | | | |
| | PX1028* | TPG Securities Trading Policy | Gowrish | X | | | |

| | Ex. No. | Description | Witness | | Objection | | |
|---|---|---|---|---|---|---|---|
| 1 | | (TPG_Capital_0000133-138) | | | | | |
| 2 | PX1029* | TPG Employee Handbook | Gowrish | X | | | |
| | PX1030*** | 12/12/06 Announcement of Sabre Acquisition, Zaman Ex. 1 | Gowrish, Zaman, Vaghar | X | | | |
| 3 | PX1031** | Sabre Historical Price Data | Gowrish, Zaman, Vaghar | X | | | |
| 4 | PX1032* | Vinayak Gowrish Phone Records (11/25/06-12/18/06), Gowrish Ex. 1 | Gowrish | X | | | |
| 5 | | | | | | | |
| 6 | PX1033* | 1/18/2007 Cleary Gottlieb Letter and Appendicies re Acquisition of Sabre Holdings Corp. (TPG_Capital_0000155-222) | Gowrish | | Hearsay Foundation | | |
| 7 | | | | | | | |
| 8 | PX1034*** | 5/17/2007 Announcement of ADS Acquisition, article from Bloomberg Terminal | Gowrish, Zaman, Vaghar | X | | | |
| 9 | PX1035** | ADS Historical Price Data | Gowrish, Zaman, Vaghar | X | | | |
| 10 | | | | | | | |
| 11 | PX1036* | 12/4/2007 Akin Gump Letter and attached schedules re Alliance Data Systems (ADS 0001-0078) | Gowrish | | Hearsay Foundation | | |
| 12 | PX1037*** | 2/23/2007 Article re TXU Acquisition | Gowrish, Zaman, Vaghar | X | | | |
| 13 | PX1038*** | 2/26/2007 Article re TXU Acquisition | Gowrish, Zaman, Vaghar | X | | | |
| 14 | PX1039** | TXU Historical Price Data | Gowrish, Zaman, Vaghar | X | | | |
| 15 | PX1040 | Vinayak Gowrish's Response to RFAs, dated 6/25/10 | Gowrish | X | | | |
| 16 | PX1041 | Vinayak Gowrish Response to Interrogatories, dated 6/25/10 | Gowrish | X | | | |
| 17 | PX1042* | Kokkari Reservation Report, Gowrish Ex. 6 | Gowrish | X | | | |
| 18 | PX1043* | Vinayak Gowrish Phone Records (8/1/2007), T-Mobile Production | Gowrish | X | | | |
| 19 | PX1044* | Fenton & Ross 6-3-09 Client Communication Memo | Gowrish | | Hearsay Relevance | | |
| 20 | PX1045* | Gowrish 2007 Tax Return | Gowrish | | Relevance | | |
| 21 | PX1046* | Gowrish 2007 Amended Tax Return | Gowrish | | Relevance | | |
| 22 | PX1047* | Vinayak Gowrish Phone Records (TPG_CAPITAL_0001288-1289) | Gowrish | X | | | |
| 23 | PX1048 | November 30, 2009 Emails from Vinayak Gowrish to two TPG employees re Securities Investigation (GOWRISH_SEC00006715-6716) | Gowrish | | Relevance | | |
| 24 | | | | | | | |
| 25 | | | | | | | |
| 26 | PX1049 | Letter from Julie Riewe to Pamela Johnson Sept. 15, 2009 | Gowrish | | Hearsay Prejudicial [Subject to motion *in limine*. Defendant's | | |
| 27 | | | | | | | |
| 28 | | | | | | | |

-4-   PLAINTIFF'S EXHIBIT LIST
(CV 09-5883-SI)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | position is that any reference to or evidence of Mr. Gowrish's assertion of his Fifth Amendment rights prior to the filing of the complaint in this case is inadmissible.] | | |
| | PX1050 | Picture of Gowrish, Vaghar, Zaman and unidentified females | Vaghar | | Foundation Authentication | | |
| | * All Records and Documents Produced by: | | | | | | |
| | PX1051 | American Express | Co. witness | | Hearsay Foundation Authentication Relevance | | |
| | PX1052 | AT&T | Co. witness | | Hearsay Foundation Authentication Relevance | | |
| | PX1053 | Bank of America | Co. witness | | Hearsay Foundation Authentication Relevance | | |
| | PX1054 | Charles Schwab & Co. | Co. witness | | Hearsay Foundation Authentication Relevance | | |
| | PX1055 | Discover Financial Services | Co. witness | | Hearsay Foundation Authentication Relevance | | |
| | PX1056 | Fenton & Ross | Co. witness | | Hearsay Foundation Authentication Relevance | | |
| | PX1057 | JPMorgan Chase & Co. | Co. witness | | Hearsay Foundation Authentication Relevance | | |
| | PX1058 | Kokkari Estiatorio | Co. witness | | Hearsay Foundation | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | Authentica-tion Relevance | |
| PX1059 | Lazard Frères & Co., LLC | Co. witness | | Hearsay Foundation Authentica-tion Relevance | |
| PX1060 | Metro PCS | Co. witness | | Hearsay Foundation Authentica-tion Relevance | |
| PX1061 | Navy Federal Credit Union | Co. witness | | Hearsay Foundation Authentica-tion Relevance | |
| PX1062 | TD Ameritrade | Co. witness | | Hearsay Foundation Authentica-tion Relevance | |
| PX1063 | TPG Capital, L.P. | Co. witness | | Hearsay Foundation Authentica-tion Relevance | |
| PX1064 | TPG Credit Management, L.P. | Co. witness | | Hearsay Foundation Authentica-tion Relevance | |
| PX1065 | T-Mobile | Co. witness | | Hearsay Foundation Authentica-tion Relevance | |
| PX1066 | Verizon Wireless | Co. witness | | Hearsay Foundation Authentica-tion Relevance | |