**EXHIBIT ONE**

**DEFENDANT VINAYAK S. GOWRISH'S**

**INITIAL DISCLOSURES**

**PURSUANT TO RULE 26(a)(1)**

**MARCH 19, 2010**

MORGAN, LEWIS & BOCKIUS LLP
JOHN H. HEMANN, State Bar No. 165823
STEPHANIE L. JOHNSON, State Bar No. 246073
JASON B. ALLEN, State Bar No. 251759
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: jhemann@morganlewis.com
       stephanie.johnson@morganlewis.com
       jason.allen@morganlewis.com

Attorneys for Defendant
VINAYAK S. GOWRISH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>VINAYAK S. GOWRISH,<br><br>    Defendant. | Case No. CV 09-5883 (SI)<br><br>**DEFENDANT VINAYAK S. GOWRISH'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)** |

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, defendant Vinayak S. Gowrish ("Mr. Gowrish") hereby makes the following initial disclosures to plaintiff Securities and Exchange Commission ("SEC"). Mr. Gowrish reserves the right to supplement and amend these disclosures should the need arise:

**DISCLOSURES**

**I.    Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(i): Witnesses**

Set forth below are the names and, if known, the addresses and telephone numbers of those individuals (and entities) who we currently believe are likely to have discoverable information that Mr. Gowrish may use to support his claims pursuant to Rule 26(a)(1)(A)(i). Mr. Gowrish will supplement or amend his disclosures as appropriate pursuant to Rule 26(e).

| **INDIVIDUAL/ENTITY** | **ADDRESS** | **COUNSEL** |
|---|---|---|
| Vinayak Gowrish | | John Hemann<br>Morgan, Lewis & Bockius LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1126<br>(415) 442-1355<br>jhemann@morganlewis.com |
| Adnan Zaman | 5462 Tyhurst Walkway<br>Apt. 2<br>San Jose, CA 95123<br>(415) 307-5480 | William Keane<br>Farella Braun + Martel LLP<br>235 Montgomery Street<br>San Francisco, CA 94104<br>(415) 954-4908<br>wkeane@fbm.com |
| Pascal Vaghar | 1121 40th Street<br>Apt. 4205<br>Emeryville, CA 94608<br>(510) 978-6626 | Miles Ehrlich<br>Ramsey & Ehrlich LLP<br>803 Hearst Avenue<br>Berkeley, CA 94710<br>(510) 548-3600<br>miles@ramsey-ehrlich.com |
| Christopher Zand | 88 Howard Street<br>Apt. 1904<br>San Francisco, CA 94105 | |
| Sameer Khoury | | Angelica Leon<br>Beverly Hills Law Associates<br>9461 Charleville Blvd. #613<br>Beverly Hills, CA 90212<br>(310) 552-2490 |
| Elias Khoury | | Angelica Leon<br>Beverly Hills Law Associates<br>9461 Charleville Blvd. #613<br>Beverly Hills, CA 90212<br>(310) 552-2490 |
| Kamyar Vaghar | | |
| Kokkari Restaurant | Paul Kirby<br>200 Jackson Street<br>San Francisco, CA 94111<br>(415) 981-0983 | |

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

DB2/21604352.3      2      DEFENDANT'S INITIAL DISCLOSURES
(CV 09-5883 SI)

| **INDIVIDUAL/ENTITY** | **ADDRESS** | **COUNSEL** |
|---|---|---|
| TPG Capital, L.P. and TPG Credit Management, L.P. | | Giovanni Prezioso<br>Cleary Gottlieb Steen & Hamilton LLP<br>2000 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006<br>(202) 974-1650<br>gprezioso@cgsh.com |
| Lazard Frères & Co. LLC | Steven J. Pearl<br>30 Rockefeller Plaza<br>New York, NY 10020<br>(212) 632-6575 | David Gruenstein<br>Wachtell, Lipton, Rosen & Katz<br>51 West 52nd Street<br>New York, NY 10019<br>(212) 403-1230 |
| Charles Schwab | Melinda M. Louie<br>Compliance Manager<br>Compliance Regulatory Group<br>211 Main Street, 6th Floor<br>San Francisco, CA 94105<br>(415) 667-0864<br>Melinda.Louie@schwab.com | |
| TD Ameritrade | Jeffrey K. Plummer<br>4211 South 102nd Street<br>Omaha, NE 68127<br>(402) 574-6051 | |
| Metro PCS | Compliance Department<br>2250 Lakeside Blvd.<br>Richardson, TX 75082 | |
| Verizon Wireless | Cellco Partnership DBA Verizon Wireless<br>Attn: Custodian of Records<br>180 Washington Valley Road<br>Bedminster, NJ 07921 | |
| T-Mobile | T-Mobile Customer Relations<br>P.O. Box 37380<br>Albuquerque, NM 87176-7380 | |
| NeuStar, Inc. (a designated agent of Verizon Wireless) | 46000 Center Oak Plaza<br>Sterling, VA 20166<br>(877) 510-4357 | |
| Bank of America | Bank of America Corporate Center<br>100 North Tryon Street<br>Charlotte, NC 28255 | |

| **INDIVIDUAL/ENTITY** | **ADDRESS** | **COUNSEL** |
|---|---|---|
| Sabre Holdings | Camille M. Penniman<br>Attorney<br>3150 Sabre Drive<br>MD 8314<br>Southlake, TX 76092<br>(682) 605-1406<br>Camille.Penniman@sabre-holdings.com | |
| Alliance Data Systems | | Joseph Motes III<br>Akin Gump Strauss Hauer & Feld<br>1700 Pacific Avenue<br>Suite 4100<br>Dallas, TX 75201-4675<br>(214) 969-4676<br>jmotes@akingump.com |
| TXU Corporation | | John C. Stewart<br>Vice President, Litigation<br>TXU Corp.<br>1601 Bryan Street, 6th Floor<br>Dallas, TX 75201-3411<br>(214) 812-3722 |
| U.S. Securities and Exchange Commission | | James A. Kidney<br>100 F Street NE<br>Washington, DC 20549<br>(202) 551-4441 |
| U.S. Attorney's Office for the Northern District of California | | Brian Stretch<br>U.S. Attorney's Office,<br>Northern District of California<br>450 Golden Gate Ave., 11th Flr.<br>San Francisco, CA 94102 |
| Federal Bureau of Investigation, San Francisco Division | 450 Golden Gate Ave.<br>13th Flr.<br>San Francisco, CA 94102 | |

## II. Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(ii): Documents

Set forth below is a description by category of all documents, electronically stored information, and tangible things, excluding privileged or otherwise undiscoverable material, that Mr. Gowrish has in his possession, custody, or control and may use to support his defenses pursuant to Rule 26(a)(1)(A)(ii). These documents are located in the personal files of Mr. Gowrish. Mr. Gowrish may learn during discovery of additional documents within the scope of

Rule 26(a)(1)(A)(ii) and, if necessary, will supplement these responses at the appropriate time.

   1.  Bank account records of Mr. Gowrish.

   2.  Credit card statements and other financial data of Mr. Gowrish.

   3.  Mobile telephone records of Mr. Gowrish.

   4.  Electronic communications.

   5.  Securities trading records of Pascal Vaghar.

### III. Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(iii): Damages

Mr. Gowrish has not yet brought any affirmative claim for damages in this case which would necessitate disclosure of damage calculations and supporting evidence. Mr. Gowrish does, however, seek attorneys' fees and costs of suit.

### IV. Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(iv): Insurance

Mr. Gowrish is not aware of any insurance agreement relevant to this action.

Dated: March 19, 2010

            MORGAN, LEWIS & BOCKIUS LLP
            One Market, Spear Street Tower
            San Francisco, CA 94105-1126
            Tel: 415.442.1000
            Fax: 415.442.1001
            E-mail: jhemann@morganlewis.com

            By   /s/ John H. Hemann
               John H. Hemann

            Attorneys for Defendant
            VINAYAK S. GOWRISH

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21604352.3        5      DEFENDANT'S INITIAL DISCLOSURES
                    (CV 09-5883 SI)

# PROOF OF SERVICE

*Securities and Exchange Commission v. Gowrish, et al*; USND CV 09-5883 (SI)
(We represent Defendant Gowrish)

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is One Market, Spear Street Tower, San Francisco, California 94105-1126.

On **March 19, 2010**, I served the within document(s) to the addressees listed below.

**DEFENDANT VINAYAK S. GOWRISH'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)**

| Addressee | Represent | Service |
|---|---|---|
| James A. Kidney<br>Anthony Kelly<br>Julie Riewe<br>**Securities and Exchange Commission**<br>100 F Street, NE<br>Washington, DC 20549<br>T: 202-551-4441 / **F: 202-772-9246**<br>kidneyj@sec.gov<br>kellya@sec.gov<br>riewej@sec.gov | Plaintiff, *SEC* | **E-Mail** |

| ☒ | by transmitting via **E-Mailing** the document(s) listed above to the person(s) at the address(es) set forth below. |
|---|---|

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **March 19, 2010**, at San Francisco, California.

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

/s/ Linda Buda
Linda Buda