# EXHIBIT TWO

# EXCERPTS FROM DEPOSITION OF

# ADNAN ZAMAN

# JUNE 30, 2010

Highly Confidential

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3                SAN FRANCISCO DIVISION

 4

 5   SECURITIES AND EXCHANGE     )

 6   COMMISSION,                 )

 7             Plaintiff,        )

 8   vs.                         )  No. CV 09-5883 (SI)

 9   VINAYAK S. GOWRISH,         )

10             Defendant.        )

11   _____ )

12

13

14     PORTIONS OF THIS TRANSCRIPT ARE HIGHLY CONFIDENTIAL

15

16

17             DEPOSITION OF ADNAN S. ZAMAN

18              WEDNESDAY, JUNE 30, 2010

19

20   REPORTED BY:

21   JANIS JENNINGS, CSR 3942, CLR, CRP

22

23   Pages 1 - 248

24   Pages 53 - 59, 80 - 82, 136 - 141, 197 - 199

25   and 238 - 239 HIGHLY CONFIDENTIAL
```

Page 1

Highly Confidential

1
2
3
4
5
6
7            DEPOSITION OF ADNAN S. ZAMAN, taken
8       on behalf of the Defendant, at Morgan, Lewis
9       & Bockius LLP, One Market Street, Spear Street
10      Tower, Suite 2800, San Francisco, California,
11      commencing at 10:05 a.m., Wednesday, June 30,
12      2010, before Janis L. Jennings, Certified
13      Shorthand Reporter No. 3942, CLR, CRP.
14
15
16
17
18
19
20
21
22
23
24
25

Page 2

Highly Confidential

```
 1    APPEARANCES OF COUNSEL:
 2
 3    FOR THE PLAINTIFF:
 4            SECURITIES AND EXCHANGE COMMISSION
 5            BY:  JAMES KIDNEY, ESQ.
 6                 ANTHONY S. KELLY, ESQ.
 7            100 F Street NE
 8            Washington, D.C.  20549
 9            202.551.4441
10            kidneyj@sec.gov
11            kellya@sec.gov
12
13    FOR THE DEFENDANT:
14            MORGAN, LEWIS & BOCKIUS LLP
15            BY:  JOHN HEMANN, ESQ.
16                 STEPHANIE L. JOHNSON, ESQ.
17            One Market, Spear Street Tower
18            San Francisco, California  94105-1126
19            415.442.1000
20            jhemann@morganlewis.com
21            stephanie.johnson@morganlewis.com
22
23
24
25
```

Highly Confidential

```
 1    enough rental income out of it because he ends up living
 2    in half of it or all of it.  So...
 3         Q.   Ultimately, did you do something -- did you
 4    pursue a rental property without Pascal?  Without
 5    Mr. Vaghar?
 6         A.   Sorry.  Can you say it again?
 7         Q.   Did you guys look for a property without
 8    Mr. Vaghar?
 9         A.   You mean Vinny and I?
10         Q.   Yes.
11         A.   At Icon Vallarta?
12         Q.   An investment property in general.
13         A.   We never ended up going forward with anything.
14    We thought about purchasing the Icon Vallarta property,
15    just he and I, but it never came to fruition.
16              We decided to drop Pascal later.  I think we
17    even tried to bring in one of Vinny's other colleagues
18    who was Mexican.
19         Q.   Who was that?  Do you remember his name?
20         A.   No.
21         Q.   Was it David Garcia?
22         A.   No.  He doesn't have any money.
23              MR. HEMANN:  Let me show you what we will ask
24    the court reporter to mark as Exhibit 4, please.
25              THE WITNESS:  Gerardo.
```

Page 99