# EXHIBIT A



DEPARTMENT OF VETERANS AFFAIRS
VA Regional Office
1201 Terminal Way
Reno NV 89502-3207

APR 1 4 2004

▇▇▇▇▇▇▇▇▇▇
1419 INDIANHEAD WAY
CLAYTON CA 94519

In Reply Refer To: 354/21-14
CSS ▇▇▇ 4209

Dear Mr. Vaghar:

We made a decision on your claim for an increase in your service connected compensation received on June 20, 2003.

This letter tells you about your entitlement amount and payment start date and what we decided. It includes a copy of our rating decision that gives the evidence used and reasons for our decision. We have also included information about additional benefits, what to do if you disagree with our decision, and who to contact if you have questions or need assistance.

## What Is Your Entitlement Amount And Payment Start Date?

Your monthly entitlement amount is shown below:

| Monthly Entitlement Amount | Payment Start Date | Reason For Change |
|---|---|---|
| $2,193.00 | Jul 1, 2003 | Increased evaluation |
| 2,239.00 | Dec 1, 2003 | Cost of living adjustment |

We are paying you as a single veteran with no dependents.

## When Can You Expect Payment?

Your payment begins the first day of the month following your effective date. You will receive a payment covering the initial amount due under this award, minus any withholdings, in approximately 15 days. Payment will then be made at the beginning of each month for the prior month. For example, benefits due for May are paid on or about June 1.

## What Did We Decide?

We determined that the following service connected condition(s) has/have worsened, so we granted an increase in your assigned percentage:



SEC-VAGHAR-0000005

| Medical Description | Old Percent (%) Assigned | New Percent (%) Assigned | Effective Date |
|---|---|---|---|
| cervicalgia | 10% | 20% | Jun 20, 2003 |
| deviated nasal septum | 0% | 10% | Jun 20, 2003 |

We determined that the following service connected condition(s) hasn't/haven't changed:

| Medical Description | Percent (%) Assigned |
|---|---|
| cognitive disorder | 50% |
| tender scars, scalp and forehead | 10% |

We granted entitlement to the 100% rate effective June 20, 2003, because you are unable to work due to your service connected disability/disabilities.

*No examination will be scheduled in the future.*

Your overall or combined rating is 70%. We do not add the individual percentages of each condition to determine your combined rating. We use a combined rating table that considers the effect from the most serious to the least serious conditions.

We have enclosed a copy of your Rating Decision for your review. It provides a detailed explanation of our decision, the evidence considered and the reasons for our decision. You can find the decision discussed in the section titled *"Decision."* The evidence we considered is discussed in the section titled *"Evidence."* The reasons for our decision can be found in the portion of the rating titled *"Reasons for Decision"* or *"Reasons and Bases."*

We enclosed a VA Form 21-8760, "Additional Information for Veterans with Service-Connected Permanent and Total Disability," which explains certain factors concerning your benefits.

## Are You Entitled To Additional Benefits?

Your dependents may be eligible for Dependents' Educational Assistance. We are enclosing a VA pamphlet 22-73-3, "Summary of Education Benefits," which explains the program. To make a claim, complete and return the enclosed VA Form 22-5490.

SEC-VAGHAR-0000006

CSS4209

You may be able to receive vocational rehabilitation employment services. The enclosed VA Form 28-8890, "Important Information About Vocational Rehabilitation Benefits," explains this benefit completely. To apply for this benefit, complete and return the enclosed VA Form 28-1900, "Disabled Veterans Application for Vocational Rehabilitation."

Because of the rating action described in this letter, you may be eligible to have your government life insurance premiums waived. (This doesn't apply if you have Veterans Group Life Insurance [VGLI]). *If your answer is "yes" to all of the following questions,* you should contact the VA Insurance Center at the following toll free telephone number in order to request a "waiver of premiums" on your government life insurance policy. Call 1-800-669-8477.

- Do you have an active government life insurance policy?
- Do you currently pay premiums for your government life insurance policy?
- Are you considered to be unemployable, or are you rated 100% disabled by VA?
- Were you under age 65 when you became unable to work or 100% disabled?

Your dependents may be entitled to benefits under CHAMPVA. CHAMPVA is a health benefits program in which the Department of Veterans Affairs (VA) shares the cost of certain healthcare and supplies with eligible beneficiaries. To be eligible for the CHAMPVA program a dependent must be the spouse or child of a veteran who is permanently and totally disabled from a service-connected disability. The Health Administration Center in Denver, Colorado administers the CHAMPVA program. You should call 1-800-733-8387 if additional information is needed.

## What You Should Do If You Disagree With Our Decision.

If you do not agree with our decision, you should write and tell us why. You have *one year from the date of this letter to appeal the decision.* The enclosed *VA Form 4107, "Your Rights to Appeal Our Decision,"* explains your right to appeal.

## Do You Have Questions Or Need Assistance?

If you have any questions or need assistance with this claim, please call us at 1-800-827-1000. If you use a Telecommunications Device for the Deaf (TDD), the number is 1-800-829-4833.

If you call, please refer to your VA file number 4209. If you write to us, put your full name and VA file number on the letter. Please send all correspondence to the address at the top of this letter. You can visit our web site at www.va.gov for more information about veterans' benefits.

SEC-VAGHAR-0000007

4

CSS ████ 4209

We sent a copy of this letter to CDVA because you appointed them as your representative. If you have questions or need assistance, you can also contact them.

Sincerely yours,

*A. Bittler*

A. Bittler
Veterans Service Center Manager

Email us at: reno.query@vba.va.gov

Enclosure(s):  Rating Decision
VA Form 21-8760
VA Form 22-5490
VA pamphlet 22-73-3
VA Form 28-1900
VA Form 28-8890
VA Form 4107

cc: CDVA