JAMES A. KIDNEY
JULIE M. RIEWE
ANTHONY S. KELLY
100 F Street NE
Washington, DC 20549
Tel:  202.551.4441
Fax:  202.772.9246
E-mail: kidneyj@sec.gov
        riewej@sec.gov
        kellya@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

MORGAN, LEWIS & BOCKIUS LLP
JOHN H. HEMANN, State Bar No. 165823
STEPHANIE L. JOHNSON, State Bar No. 246073
JASON B. ALLEN, State Bar No. 251759
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001
E-mail: jhemann@morganlewis.com
        stephanie.johnson@morganlewis.com
        jason.allen@morganlewis.com

Attorneys for Defendant
VINAYAK S. GOWRISH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>          vs.<br><br>VINAYAK S. GOWRISH, *et al.*<br><br>                    Defendants. | Case No. CV 09-5883 (SI)<br><br>**JOINT PROPOSED SCHEDULING OF REMEDY BRIEFING**<br><br>Hearing:  March 4, 2011 (if needed)<br>Time:  3:30 p.m.<br>Courtroom:   10, 19th Floor<br>Judge:        Hon. Susan Illston |

The parties propose the following briefing schedule for the Court to determine the relief to be entered in the captioned matter.

| | |
|---|---|
| Plaintiff's Memorandum and Proposed Final Judgment | February 18, 2011 |
| Defendant's Memorandum | February 25, 2011 |
| Plaintiff's  Reply Memorandum | March 2, 2011 |

The plaintiff SEC believes no hearing on entry of relief will be necessary.  The defendant Mr. Gowrish requests a hearing to be held on Friday, March 4.

Both parties submit that the conference call scheduled for February 10, 2011 at 10 a.m. be cancelled in light of this agreement and the Court adopt this schedule and reach its own determination on the need for a hearing upon receipt of the defendant's memorandum on February 25.

**Dated:**    February 9, 2011

SECURITIES AND EXCHANGE                    MORGAN, LEWIS & BOCKIUS LLP
COMMISSION

By _____/s/ James A. Kidney_____          By _____/s/ John H. Hemann_____
    James A. Kidney                                        John H. Hemann

    Attorneys for Plaintiff                                Attorneys for Defendant
    SECURITIES AND EXCHANGE                      VINAYAK S. GOWRISH
    COMMISSION

        The motion hearing will be held at 9 a.m. on Friday, March 4, 2011.

IT IS SO ORDERED

Judge Susan Illston

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOINT PROPOSED SCHEDULING OF REMEDY BRIEFING
(CV 09-5883-SI)

## CERTIFICATE OF SERVICE

The undersigned counsel for the plaintiff, the Securities and Exchange Commission, hereby certifies that a copy of this Joint Proposed Scheduling of Remedy Agreement was served this 9th day of February, 2011, upon the following plaintiff's counsel by ECF filing.

John H. Hemann
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126

s/James A. Kidney

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, James A. Kidney, am the ECF User whose ID and password are being used to file this this Joint Proposed Scheduling of Remedy Agreement.  In compliance with General Order 45, X.B., I hereby attest that the signatories above have concurred in this efiling.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Executed on this 9th day of February, 2011 at Washington, D.C.

Securities and Exchange Commission
/s/ James A. Kidney
James A. Kidney