IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>  v.<br><br>VINAYAK S. GOWRISH,<br><br>      Defendant.<br>                                        / | No. C 09-05883 SI<br><br>**ORDER RE: EX PARTE APPLICATION #176** |

    The Court having determined that his presence is not necessary at the remedies phase of this case, Pascal Vaghar is not required to attend the hearing on plaintiff's motion for entry of final judgment, rescheduled for July 12, 2011.

**IT IS SO ORDERED.**

Dated:  June 30, 2011

SUSAN ILLSTON
United States District Judge